**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1928**

ALICIA GONZALES,

                Plaintiff - Appellant,

     v.

MARSHALL UNIVERSITY BOARD OF GOVERNORS,

                Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:18-cv-00235)

Submitted:  November 16, 2020                Decided:  December 1, 2020

Before MOTZ and WYNN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Amy C. Crossan, BOUCHILLON, CROSSAN & COLBURN, LC, Huntington, West Virginia, for Appellant.  Perry W. Oxley, David E. Rich, Eric D. Salyers, OXLEY RICH SAMMONS, Huntington, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alicia Gonzales appeals the district court's order granting summary judgment in favor of the Marshall University Board of Governors on Gonzales' complaint under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gonzales v. Marshall Univ. Bd. of Governors*, No. 3:18-cv-00235 (S.D.W. Va. July 30, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*